UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 948 |
| | ) | Judge John F. Grady |
| ARCHIE STALLWORTH | ) | |

## AGREED PROTECTIVE ORDER

Upon the government's motion for an order to protect sensitive information and maintain the privacy of victims and witnesses, and with the agreement of defendant, under Fed. R. Crim. P. 16(d)(1), Fed. R. Evid. 611(a), and 18 U.S.C. § 3771(a), it is hereby ordered as follows:

1.   Upon the conclusion of this case, the defendant and his counsel shall return to the U.S. Attorney's Office, without retaining any copies, all records it provides or makes available to them in connection with reports seized from the Harvey Police Department.

2.   The defendant and his counsel shall use the records from the Harvey Police Department that the U.S. Attorney's Office provides them solely in connection with this case and for no other purpose or proceeding.

3.   The defendant and his counsel shall make no disclosure of the records the U.S. Attorney's Office provides them, or the contents thereof, to any other person or entity except as defendant's counsel reasonably deems necessary to prepare a defense or this Court authorizes.

ENTER:

John F. Grady
United States District Judge

Dated:   4-8-09