F I L E D
Feb 23, 2010
FEB 23 2010
JUDGE JOHN F. GRADY
United States District Court

## United States District Court
## Northern District of Illinois Eastern Division

| | |
|---|---|
| United States of America<br>Plaintiff | Case No. 08 CR 948-1<br>Honorable Judge John F. Grady<br>Motion for New Trial |
| V | Pursuant to Rule 33(b)(1)<br>Hearing Requested |
| Archie Stallworth<br>Defendant | Date: February 29, 2010<br>Time: 9:30 a.m. |

### MOTION FOR NEW TRIAL

Archie Stallworth, The Defendant in the Above-Captioned Action, by his Undersigned, Attorney, moves for a new trial in the above-captioned case.

The motion is made on the grounds that, subsequent to the conclusion of the trial, Defendant discovered new evidence, that being in violation of Rule 16(a)(1)(C), Discovery and Inspection, citing: Brady V. Maryland, 373 U.S. 83, 83 S. C+ 1194, 10 L. Ed. 2d 215 (1963) which is due process, which evidence is not merely cumulative or impeaching, but is relevant and material to the issues involved in this case, and is of such a character that it would probably result in a different verdict at a new trial, and which evidence the defendant could not in the exercise of Due Diligence have discovered before the trial.

This motion is brought within three years of the finding of Guilty, in conformity with Fed.R.Crim.P.33 (b)(1). No appeal is pending in this case.

This motion is based on all the files and records of the case, on the affidavit of Archie Stallworth attached to this motion and marked Exhibit [Exhibit Designation 1], respectively setting forth the nature of the newly discovered evidence and the manner of its Discovery and on any evidence that may be produced at the hearing.


Dated: February 22, 2010



Prose: Archie Stallworth, Jr.

## *EXHIBITION DESIGNATION #1*

On or about November 19, 2009 while in custody at the Jerome Combs Detention Center, located at 3050 Justice Way, Kankakee, IL, I Archie Stallworth read Rule 16 within the Federal Criminal Code and Rules, 2009 Edition Book - Discovery and Inspection Section. I learned that because of the Rule of Brady V. Maryland, my "Due Process" which requires that the Prosecution disclose evidence favorable to the Accused was violated. I was convicted of a crime I could not commit and the Government must have been aware as all of the video surveillance from the Harvey Police Department from November 20, 2008 to December 01, 2008 was never given to the Defendant's Attorney. The Government initially gave the Defendant's attorney several video surveillance discs. Upon request for more, the Defense Attorney received more but not all of the video surveillance from November 20, 2008 to December 01, 2008. The holding in Brady V. Maryland requires disclosure only of evidence that is both favorable to the accused and material either to guilt or to punishment. By the Government not giving the Defense all video surveillance, the Defendant's "Due Process" was violated. With all video surveillance the Defendant would have been able to prove his innocence by showing that he was never in the Harvey Police Department between November 20, 2008 to December 01, 2008, but for his entry on November 24, 2008 which was on video surveillance from the point of entry to the point of exiting. He never went to his Office, Copy room, or File room. Therefore making it impossible for Stallworth to place a false police report into records, name Police Report Number 4996B-08, into Harvey Police Department Records or place 10 $100 bills inside of his personal safe as there is a 24 hour, 7 day a week surveillance system. The Government has the Discovery of this information to prove the Defendant's innocence.

## *SUPPORTING EVIDENCE*

| City of Harvey Video Surveillance Disc from F.B.I. | All of the Video Surveillance Disc from the Harvey Police Department from November 20, 2008 to December 01, 2008 that were issued to the Defendant's attorney from the Initil 25 Nov 08 Disc to all disc received upon request, by Defendant's Attorney |
|---|---|

February 22, 2010

Dear Honorable Judge John F. Grady,

My name is Archie Stallworth, Jr. and I am a Defendant in Case Number: 08 CR 948-1, United States v Archie Stallworth which I have been found Guilty of Attempt possession with Intent to distribute a controlled substance (21 U.S.C. 846) and destruction, alteration, or falsification of records in Federal Investigation (18 U.S.C. 15 19). I have been in custody at the Jerome Combs Detention Center, in Kankakee, Illinois since October 13, 2009 and place in Protective Custody where I am only allowed to come out of my cell for 1 hour a day to shower, clean my cell and make phone calls. The normal time permitted out for my hour ranges from 8am - 11 am. This makes it difficult to contact my attorney and family. The only time I really get to talk to my two daughters (ages 4 and 9) is on the weekends. I really do not believe that I need to be in protective custody Your Honor, it's enough to be locked up, but in a room for 23 hours a day is additional punishment in itself.

Your Honor, today I am writing you in regards to some issues that I am having in regards to my case that I have discovered while in custody. I have tried to present them to my attorney but it is hard to do while being out of your cell for only an hour a day to make calls. When I do get thru, it seems like my attorney is not interested in what I have been explaining to him. So Your Honor, I would like for you to hear my problem please. In the interest of justice Please!

First Your Honor, I would like to ask you a question, Honorable John F. Grady, Senior United States District Judge, "Would you let an innocent man go to jail for a crime he did not commit without knowing the truth?" If the answer is "No" then Your Honor I would like to present the following facts:

The Government has evidence that will prove my innocence and not until now have I become aware of it. The Government never issued the Defense Attorney all of the video surveillance from the Harvey Police Station from Nov. 20, 2008 to Dec. 01, 2008 which the Government has in its possession.

Your Honor I am charged in Count II of: Destruction, Alteration, or Falsification of records in Federal Investigation. The Government states: Between Nov. 20, 2008 and Dec. 01, 2008 the Defendant knowingly altered, falsified, or made a false entry in the record, document or tangible object, namely Harvey Police Reports under case number 4996B-08, with the intent to obstruct an F.B.I. investigation, and also put 10 $100 bills in his personal safe at the Harvey Police Department during this time.

Well Your Honor, where does the Government show Mr. Stallworth on video surveillance coming into the Harvey Police station and going to his office, copy room, or file room? All of these areas are covered by 24 hour, 7 day a week video surveillance which a copy is in the custody of the Government for the time period of November 20, 2008 and December 01, 2008. Your Honor, the only day Mr. Stallworth was in the Harvey Police Station was on November 24, 2008 when he was ordered by Commander Michael Neal to return his vehicle to the station and give the keys to Chief Secretary Sandra Alvarado. Upon Stallworth's arrival to the Police Station, he entered thru the employee entrance and from the point of entry to the point of exiting the station was on video surveillance. At no time did he

go to his office, the copy room or file room. All of this can be verified thru the video surveillance that the Government has in their possession.

Therefore Your Honor, how did Mr. Stallworth between the dates of Nov. 20, 2008 and December 01, 2008 knowingly alter, falsify or make a false entry in the record, document or tangible object, Namely Harvey Police Reports under case number 4996B-08? In addition, how did he place 10 $100 bills in his personal safe with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a Department or Agency of the United States, namely the Federal Bureau of Investigation if Mr. Stallworth was not at the Harvey Police Department to commit this crime? Your Honor, all that I am asking if possible is for an Evidentiary Hearing so that the Prosecutor's can prove how I placed said money and reports in these places during these times. In the interest of justice Your Honor, I ask you this because I am looking at going to jail for 15 years of my life for a crime that I did not commit. So Honorable John F. Grady, Senior United States District Court Judge, I ask you once again, "In the interest of Justice, would you let an innocent man go to jail for a crime that he did not commit?" Thank you for your time.

Respectfully Submitted,

Archie Stallworth, Jr.