#2706962

UNITED STATES DISTRCT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 CR 948 |
| | ) | |
| ARCHIE STALLWORTH | ) | Judge John F. Grady |
| Defendant, | ) | |

### ATTORNEY BENJAMIN E. STARKS' MOTION TO WITHDRAW AS THE ATTORNEY OF RECORD AND TO STAY THE BRIEFING SCHEDULE OF THE DEFENDANT'S PRO-SE MOTION FOR A NEW TRIAL

NOW COMES BENJAMIN E. STARKS, of the Law Firm of Starks & Boyd, P.C., the Attorney of record for the defendant, ARCHIE STALLWORTH, and asks leave of Court to withdraw as the attorney of record and to hold in abeyance the briefing schedule ordered pursuant to the Defendant's pro-se Motion for a New Trial, in support of the same, he states:

1. Defendant Stallworth (Stallworth) filed a pro-se Motion for a New Trial pursuant to Federal Rules of Criminal Procedure 16(a)(1)(c), wherein he attached a letter addressed to the Honorable Judge John F. Grady.

2. Stallworth avers that the government withheld evidence, unknown to Stallworth, that had it been disclosed the trial would have resulted in a different verdict as it pertains to Count II.

3. Defendant Stallworth, in his letter dated February 22, 2010 to the Honorable Judge John F. Grady that, "I have tried to present them to my attorney …it seems like my attorney is not interested…"

4. An obvious conflict has arisen between the defendant and his attorney.

5. The said conflict is of such a nature that irreconcilable differences have arisen between Attorney Benjamin E. Starks and defendant Stallworth.

6. In order to keep the record pure, Attorney Starks urges this Court to rule on this Motion to Withdraw prior to any ruling on the motion filed pro-se by the defendant; which Attorney Starks neither approved nor adopted.

WHEREFORE, Attorney Benjamin E. Starks prays that this honorable Court stay the briefing schedule of Stallworth's pro-se Motion for a New Trial until this Court rules on Attorney's Benjamin E. Starks' Motion to Withdraw and for any other relief the Court deems just.

Respectfully submitted,

_/s/ Benjamin E. Starks_____
Benjamin E. Starks

Starks & Boyd, P.C.
11528 S. Halsted
Chicago, IL 60628
(773) 995-7900
#2706962